

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br><br>Miguel Angel CASTELLANOS-<br>Martinez,<br><br><br><br><br>　　　　　　　Defendant. | Magistrate Docket No. '21 MJ4533<br><br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1326 Deported Alien Found<br>In the United States<br><br>Title 18 USC, Sec. 111(a)(1) – Assault<br>on a Federal Officer (Felony)<br><br>Title 18 USC, Sec. 111(a)(1) – Assault<br>on a Federal Officer (Felony) |

The undersigned complainant being, duly sworn, states:

## COUNT ONE

On or about November 17, 2021, within the Southern District of California, defendant, Miguel Angel CASTELLANOS-Martinez, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

## COUNT TWO

On or about November 17, 2021, within the Southern District of California, defendant Miguel Angel CASTELLANOS-Martinez, did intentionally and forcibly assault a person designated in Title 18 United States Code, Section 1114, to wit a Department of Homeland Security, United States Customs and Border Protection, United States Border Patrol, Border Patrol Agent K. Ruck, in that Defendant assaulted Agent K. Ruck while the Agent was engaged in the performance of his official duties, such acts involving physical contact, to wit; striking the Agent with a rock; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

## COUNT THREE

On or about November 17, 2021, within the Southern District of California, defendant Miguel Angel CASTELLANOS-Martinez, did intentionally and forcibly assault a person designated in Title 18 United States Code, Section 1114, to wit a Department of Homeland Security, United States Customs and Border Protection, United States Border Patrol, Border Patrol Agent E. Cortez, in that Defendant assaulted Agent Cortez while the Agent was engaged in the performance of his official duties, such acts involving physical contact, to wit; punching the Agent in the face; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON NOVEMBER 18, 2021.

HON. ALLISON H. GODDARD
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Miguel Angel CASTELLANOS-Martinez

## PROBABLE CAUSE STATEMENT

On November 17, 2021, Border Patrol Agent K. Ruck was performing assigned duties in Brown Field Border Patrol Station's area of responsibility. A camera operator reported visual of an individual, later identified as the defendant, Miguel Angel CASTELLANOS-Martinez, near an area know to Border Patrol Agents as, "80 High Point." When Agent Ruck responded to the area, he found CASTELLANOS throwing large rocks at him. Agent Ruck relayed via radio communications that rocks were being thrown at him. CASTELLANOS continued throwing large rocks hitting Agent Ruck several times in the head and face. Agent Ruck identified himself as a Border Patrol Agent as he approached CASTELLANOS. Agent Ruck instructed CASTELLANOS to show the Agent his hands. CASTELLANOS did not comply with Agent Ruck's commands and continued to throw rocks at the Agent. Agent Ruck fired his duty pistol at CASTELLENOS as he was continually being struck by rocks. Agent Ruck fired a second shot when CASTELLENOS continued to throw rocks. Agent Ruck approached CASTELLANOS who was completely nude and attempted to secure CASTELLENOS who was still non-compliant. Agent Ruck delivered strikes to CASTELLENOS and was able to secure CASTELLENOS with handcuffs. Once CASTELLENOS was secured Agent Ruck performed an immigration inspection. Agent S. Simon, an Emergency Medical Technician with Border Patrol responded to the area, performed a medical evaluation of CASTELLENOS and escorted him away from the area. While CASTELLENOS was being escorted out of the area CASTELLENOS kicked Agent Ruck. CASTELLENOS was placed under arrest at approximately 7:10 AM. This area is approximately four miles east of the Otay Mesa, California Port of Entry and approximately one mile north of the United States/Mexico boundary.

CASTELLANOS was transported to Sharp Hospital for a medical evaluation. CASTELLANOS was evaluated and deemed medically cleared for transport and incarceration. Border Patrol Agent Cortez was in the processing of removing CASTELLANOS leg restraints when CASTELLANOS punched Agent Cortez in the face. Agent Cortez was able to subdue and place handcuffs on CASTELLANOS.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. CASTELLENOS stated he was born in Guadalajara, Mexico and currently resides alone in Tijuana, Mexico. CASTELLENOS stated it took about a day to cross the border. CASTELLANOS stated he left Tijuana, Mexico at about 11:00 AM, November 16, 2021. CASTELLANOS crossed by jumping a short fence.

CONTINUATION OF COMPLAINT:
Miguel Angel CASTELLANOS-Martinez

CASTELLANOS wanted to cross the border into the United States and it is difficult to cross so he hit the Agent that he referred to as Federal Police once he crossed and was walking in the mountains. CASTELLANOS stated he threw about ten rocks at the Agent. CASTELLANOS initially said he saw the rocks hit the Agent and he deserved it because he was not going to let him cross. CASTELLANOS stated he was aiming at the Agent's head for the fight to get into the United States. CASTELLANOS said that he had to do it. CASTELLANOS believed that the rock could have potentially killed the Agent. CASTELLANOS stated the rocks were all different sizes but some were the size of his hand. CASTELLANOS stated he was not trying to kill the Agent but if it happened "oh well." CASTELLANOS stated he had to defend himself because he wanted to cross. CASTELLANOS stated he knew the Agent was an Agent because he was wearing a green uniform. When the Agent arrested CASTELLANOS stated when handcuffs were put on him he fought a little bit with the officers. CASTELLANOS described the Agent as a "Guero". CASTELLANOS stated none of the Agent's today pointed or fired a gun at him.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on 12/08/2017 through Del Rio, Texas, Intl Bridge. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.